HERRICK, FEINSTEIN LLP  
One Gateway Center  
Newark, New Jersey 07102  
Tel: 973.274.2000  
Fax: 973.274.2500  
Matthew S. Hawkins, Esq.  
mhawkins@herrick.com  
Attorneys for Defendants  
Edward Kenmure III,  
United Community Mortgage Corporation,  
and Michael Lucey  

Document Electronically Filed

UNITED STATES DISTRICT COURT  
DISTRICT OF NEW JERSEY

------------------------------------- x

ROBERT TAGLIARINI, INDIVIDUALLY AND : District Judge Faith S. Hochberg  
AS SHARE HOLDER OF UNITED :  
COMMUNITY MORTGAGE CORPORATION, : Magistrate Judge Michael A. Shipp  
: 
Plaintiff, :  
:  
vs. : Civil Action No.:  
: 09-cv-05082 (FSH) (MAS)  
EDWARD KENMURE III, UNITED :  
COMMUNITY MORTGAGE CORPORATION, :  
and MICHAEL LUCEY, : **STIPULATION OF DISMISSAL**  
: **WITH PREJUDICE**  
Defendants/Counterclaimants/ :  
Third-Party Plaintiffs, :  
:  
vs. :  
:  
MORTGAGE UNLIMITED, LLC, CLARITY :  
MEMBER SERVICES, LLC, ROBERT :  
TAGLIARINI, JR., GERALD CARTI, :  
GERALDINE CARTI, RONALD CARTI, :  
MICHAEL CARTI, PHILLIP SCIALABBA, :  
MARY PINTO, TRACY NOBILE, and RICHARD :  
SELTZER, ESQ., :  
:  
Third-Party Defendants. :  
------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-entitled action, by and between plaintiff Robert Tagliareni, Sr. ("Plaintiff"), and defendants Edward Kenmure III, United Community Mortgage Corporation, and Michael Lucey ("Defendants") is hereby dismissed with prejudice and without costs or attorneys' fees.

Dated: Newark, New Jersey
       December 11, 2009

| HERRICK, FEINSTEIN LLP | HELLRING LINDEMAN GOLDSTEIN & SIEGEL LLP |
|---|---|
| By: *[signature]* Matthew S. Hawkins, Esq. | By: *[signature]* 12/9/09 Richard K. Coplon, Esq. |
| Attorneys for Defendants Counterclaimants/Third-Party Plaintiffs Edward Kenmure III, United Community Mortgage Corporation, and Michael Lucey One Gateway Center Newark, New Jersey 07102 Tel: (973) 274-2000 Fax:: (973) 274-2500 | Attorney for Plaintiff Robert Tagliareni, Sr. One Gateway Center Newark, New Jersey 07102 Tel: (973) 621-9020 Fax: (973) 621-7401 |

So ordered. 12/14/09

*[signature]*
Hon Faith S Hochberg USDJ